ABBA CLAIR MCCREADY v. W. H. DENNIS *et al.*

No. 14,565.   (85 Pac. 581.)

EJECTMENT—*Pleadings.* In an action of ejectment it was held
that the pleadings put in issue the ownership of the prop-
erty, and that therefore it was error for the court to render
judgment on the pleadings, the issue being undetermined.

Error from Chautauqua district court; GRANVILLE
P. AIKMAN, judge.   Opinion filed April 7, 1906.   Re-
versed.

*J. B. Ziegler,* and *Keplinger & Trickett,* for plaintiff
in error.

*W. S. Fitzpatrick,* and *Sproul & Van Tuyl,* for de-
fendants in error.

*Per Curiam:* This was the second trial of an action
in ejectment.   On motion therefor, the court rendered
judgment for the defendants on the pleadings.   This
is assigned as error.   The plaintiff in the action
claimed to be the owner of the property in contro-
versy and entitled to its possession.   The defendants
denied plaintiff's ownership, and in their cross-petition
for affirmative relief alleged that one Amanda Miller
was the owner of the property and that she had exe-
cuted to them an oil-and-gas lease under which they
were in possession, and they asked that the plaintiff's
claim of ownership be canceled.   To this cross-petition
the plaintiff filed a general denial, and reaffirmed her
ownership of the land.

These pleadings put in issue the ownership of the
land as one of the material facts to be determined be-
fore the court could decide the ultimate rights of the
parties.   It was therefore error for the court, while
this issue was undetermined, to render a judgment on
the pleadings.

The motion to dismiss this proceeding is denied, the
judgment reversed, and the cause remanded for fur-
ther proceedings.